# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| RODNEY K. SR., *et al.*, | : | |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION NO. 1:18-cv-343-TFM-N |
| MOBILE COUNTY BOARD OF EDUCATION, *et al.*, | : : | |
| Defendants. | : | |

**ORDER**

This matter is before the Court *sua sponte* to correct and clarify a clerical error in the Court's July 25, 2019 Memorandum Opinion and Order, *see* Doc. 50, which is hereby **AMENDED** to state, of the remaining claims, Count 3 is brought against Superintended Martha L. Peek in her individual capacity, not against Superintendent Chresal D. Threadgill. *See id.* at 27.

**DONE** and **ORDERED** this the 30th day of July 2019.

         s/Terry F. Moorer
         TERRY F. MOORER
         UNITED STATES DISTRICT JUDGE