# EXHIBIT A

| | |
|---|---|
| **From:** | Amy Bennett |
| **To:** | Matt McCulley |
| **Cc:** | Sabra Malika; Sandra Beltran; Calvin Bonner; "charles@bonnerlaw.com"; "cabral@bonnerlaw.com"; Monty Montgomery; Andrea Connell |
| **Subject:** | RE: RODNEY K., v. MOBILE COUNTY BOARD OF EDUCATION, et al. -- Discovery Requests |
| **Date:** | Tuesday, October 20, 2020 4:43:00 PM |
| **Attachments:** | Defs RFPs to Re_Family.docx |
| | Defs ROGs to Re_Family.docx |
| | Defs ROGs to Reda_Family.docx |
| | Defs ROGs to Red_Family.docx |
| | Defs RFPs to Red_Family.docx |
| | Defs RFPs to Reda_Family.docx |

Matt:

Please see attached.  Thanks!

--Amy


**From:** Matt <matt@bonnerlaw.com>
**Sent:** Tuesday, October 20, 2020 2:25:02 PM
**To:** Monty Montgomery <monty@ball-ball.com>
**Cc:** Sabra Malika <sabra.bonnerlaw@gmail.com>; Sandra Beltran <sandra@bonnerlaw.com>; Calvin Bonner <calbon@aol.com>; Charles Bonner <cbonner799@aol.com>; A. Cabral Bonner <cabral@bonnerlaw.com>
**Subject:** RODNEY K., v. MOBILE COUNTY BOARD OF EDUCATION, et al. -- Discovery Requests

Dear Mr. Montgomery,

We would like to request a copy of the following Discovery requests in Word format.

- Defendant's First Interrogatories to Plaintiffs Stacey [Redacted] and [Redacted]
- Defendant's First Request for Production to Plaintiffs Stacey [Redacted] and [Redacted]

- Defendant's First Interrogatories to Plaintiffs Lyman [Redacted] Sr., Tiffanie [Redacted] and [Redacted] Jr.
- Defendant's First Request for Production to Plaintiffs Lyman [Redacted] Sr., Tiffanie [Redacted] and [Redacted] Jr.
- Defendant's First Interrogatories to Plaintiffs Rodney [Redacted] Sr., Mary [Redacted] and [Redacted] Jr.
- Defendant's First Request for Production to Plaintiffs Rodney [Redacted] Sr., Mary [Redacted] and [Redacted] Jr.

Thank you,

Matt McCulley
Legal Assistant
**LAW OFFICES OF BONNER & BONNER**
**475 Gate Five Road, Suite 211**

**Sausalito, CA 94965**

(415)331-3070
(415)331-2738 FAX

[matt@bonnerlaw.com](mailto:matt@bonnerlaw.com)

CONFIDENTIALITY NOTICE: This e-mail, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender, and destroy all copies and the original message.