# EXHIBIT C

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
WINSTON SHEEHAN, JR.
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
JOEL H. PEARSON



**BALLBALL**

ALLISON ALFORD INGRAM
B. SAXON MAIN
W. EVANS BRITTAIN
WILLIAM D. MONTGOMERY, JR.
W. CHRISTOPHER WALLER, JR.
HOPE C. HICKS
JOHN W. MARSH
KIRBY HOWARD
BENJAMIN C. HEINZ
CHALANKIS BROWN
MILAND SIMPLER
SYDNEY BRASFIELD

October 22, 2020

**VIA EMAIL ONLY**

Charles A. Bonner, Esq.
LAW OFFICES OF BONNER & BONNER
charles@bonnerlaw.com

Jesse P. Ryder, Esq.
ryderlawfirm@gmail.com

RE:     *Rodney* Reda *Sr., et al. v. Mobile County Board of Education, et al.*
        In the U.S. District Court for the Southern District of Alabama; No. 1:18-cv-343-KD-N

Dear Charles and Jesse:

Thank you for your email of October 21, 2020, suggesting that the Interrogatories previously served on October 7, 2020, be amended to limit the number of Interrogatories. Pursuant to our telephone conversation of October 22, 2020, please find attached the Amended Interrogatories.

Based upon our records, the discovery which you recognize as "time-sensitive," was served on your Legal Assistant, Ms. Rebecca Johnson, and was also emailed to your office on October 7, 2020. Would you please calendar the responses to our discovery as due on or before November 6, 2020?

Thank you for your assistance and cooperation in this matter. If there are any problems or questions with the above, please do not hesitate to contact me.

Sincerely yours,

C. Winston Sheehan, Jr.
CWSjr/tm

cc:     Monty Montgomery
        Paul T. Carbo
        sandra@bonnerlaw.com
        mattt@bonnerlaw.com
        calbon@aol.com