# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF ALABAMA


Rodney K., Sr., Mary K.    ) CASE NO.:

Kaneesha Q., Stacy T.,    ) 1:18-CV-343

et al.,    )

       Plaintiffs,    )

V.    )

Mobile County School Board, )

et al.,    )

       Defendants.    )


DEPOSITION OF: CHRESAL D. THREADGILL


Commissioner: Jason Kobielus, RPR, CCR


* * *

| | |
|---|---|
| 1 | administrative leave.  And while he was on leave, | 11:28 |
| 2 | I think he -- I think he retired. | 11:28 |
| 3 | Q.        Okay.  All right.  Very good.  Just in | 11:28 |
| 4 | the interest of the longevity of life, I -- I | 11:28 |
| 5 | don't have any further questions.  So everybody | 11:28 |
| 6 | can go and eat, okay? | 11:28 |
| 7 | MR. CARBO:  Yeah.  Anybody else have | 11:28 |
| 8 | any questions? | 11:28 |
| 9 | MR. SHEEHAN:  Yes.  Mr. Bonner, the | 11:28 |
| 10 | answers to interrogatories -- | 11:28 |
| 11 | MR. CARBO:  Winston, before you get in | 11:28 |
| 12 | there, are -- are we done with the deposition? | 11:28 |
| 13 | MR. SHEEHAN:  No.  I would like this | 11:28 |
| 14 | on the record since we've had an issue about | 11:28 |
| 15 | whether correspondence gets to Mr. Bonner.  And I | 11:28 |
| 16 | just want to make sure that Mr. Bonner knows that | 11:28 |
| 17 | we're still awaiting the answers to | 11:28 |
| 18 | interrogatories and appropriate and proper | 11:29 |
| 19 | responses to the request for production. | 11:29 |
| 20 | MR. BONNER:  Yeah.  We are working on | 11:29 |
| 21 | that.  There has been some issues getting the | 11:29 |
| 22 | plaintiffs rounded up and lined up.  But we have | 11:29 |
| 23 | the responses for two of the plaintiffs already | 11:29 |
| 24 | completed, essentially, and they are diligently | 11:29 |
| 25 | working on the others. | 11:29 |

1           Mr. Sheehan, we will get that to you      11:29

2  as quickly as we can.  But we are mindful of it,      11:29

3  and we will get it to you.      11:29

4           MR. SHEEHAN:  All right.  Well, why      11:29

5  don't you go on and send the two that you've got      11:29

6  completed and executed.      11:29

7           MR. BONNER:  Yeah.  We will do that.      11:29

8  We will get those to you.      11:29

9           MR. SHEEHAN:  All right.      11:29

10           MR. BONNER:  I will see if my office      11:29

11  can't get those out before the end of this week.      11:29

12  This is, what, Wednesday?      11:29

13           MR. SHEEHAN:  Yes.      11:29

14           MR. BONNER:  Yes.  We should have      11:29

15  those out to you by Friday.      11:29

16           MR. SHEEHAN:  Friday of this week,      11:29

17  which would be the 11th of December?      11:29

18           MR. BONNER:  That would be our -- our      11:29

19  effort.  We will endeavor to get those to you by      11:29

20  that -- by that date.      11:29

21           MR. SHEEHAN:  What answers to      11:29

22  interrogatories are we going to get on the 11th?      11:29

23           MR. BONNER:  I don't know.  My staff      11:30

24  is working on those.  I don't know what answers.      11:30

25  I can't tell you out of the 40 answers what are      11:30

1    the responses.  All I know is that they have                11:30
2    essentially completed, and we'll get them to you.           11:30
3              MR. SHEEHAN:  All right.  So we'll                 11:30
4    look for at least two of the answers from your              11:30
5    clients on Friday.                                          11:30
6              MR. BONNER:  That is correct.                      11:30
7              MR. SHEEHAN:  Thank you, sir.                      11:30
8              MR. BONNER:  All right, thank you.                 11:30
9              Okay, Mr. Threadgill.  Thank you very             11:30
10   much.  I appreciate it.  I will get a copy of my            11:30
11   book to you and Paul and everyone else.  And                11:30
12   appreciate your time.                                       11:30
13             MR. CARBO:  All right --
14             MR. BONNER:  Okay.  Thank you--
15             THE REPORTER:  Before we go -- sorry,
16   Mr. Bonner.  Same order as yesterday?
17             MR. BONNER:  Same order, yes.
18             THE REPORTER:  Mr. Montgomery,
19   Mr. Sheehan, same order as yesterday?
20             MR. MONTGOMERY:  Yes.
21             THE REPORTER:  Mr. Carbo, same order
22   as yesterday?
23             MR. CARBO:  Yes.
24        (Deposition concluded at 11:30 a.m.)
25