# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

**CERTIFIED COPY**

RODNEY K., SR., MARY K.
KANEESHA Q., STACY T.,
ET AL.,                              CASE NO. 1:18-CV-343

    Plaintiffs,

VS.

MOBILE COUNTY SCHOOL              VIDEO DEPOSITION OF:  ANDREW RIEVES

BOARD, ET AL.,

    Defendants.
_____/

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

ANDREW RIEVES,

may be taken via Zoom before LeAnn Maroney, Notary Public, State at Large, at 110 Dauphin Street, Mobile Alabama, on December 22, 2020, commencing at 9:03 a.m.


711 Grand Avenue, Suite 150, San Rafael, CA 94901 • 800-624-8688 • 415-482-9030 Fax: 415-482-9038
depo@AmericanReportingServices.com • www.AmericanReportingServices.com

| | | |
|---|---|---|
| 1 | MR. WEBSTER:  Mr. Mendelman, I need to | 01:04 |
| 2 | ask you a question while we're on the record, | 01:04 |
| 3 | please. | 01:04 |
| 4 | There was a question put forth earlier | 01:04 |
| 5 | that included the words "power trip."  And it has | 01:04 |
| 6 | sparked my client's memory as to a conversation that | 01:04 |
| 7 | he may have had with a young lady who was | 01:04 |
| 8 | representing herself as a journalism student from | 01:04 |
| 9 | Southern Mississippi University. | 01:04 |
| 10 | And we have reason to believe, since | 01:04 |
| 11 | that was the very word that you used, that it may be | 01:04 |
| 12 | that she was not, in fact, a journalism student at | 01:04 |
| 13 | the University of Southern Mississippi. | 01:04 |
| 14 | And to the extent that she was, in fact, | 01:04 |
| 15 | an agent or working for one of the lawyers | 01:04 |
| 16 | associated with you and your clients, we're asking | 01:04 |
| 17 | for a copy of whatever she disseminated back to you | 01:05 |
| 18 | relating to that conversation, whether it was a | 01:05 |
| 19 | recording, whether it was something that she did as | 01:05 |
| 20 | a transcript later. | 01:05 |
| 21 | He has a right to see and to be part | 01:05 |
| 22 | of -- have the right to see and review the things | 01:05 |
| 23 | that he is supposed to have said in her presence. | 01:05 |
| 24 | MR. BONNER:  No problem.  We'll | 01:05 |
| 25 | certainly provide you with any transcription or | 01:05 |

|  |  |  |
|---|---|---|
| 1 | recording that we have in our possession regarding | 01:05 |
| 2 | any conversation that Coach Rieves had with anyone | 01:05 |
| 3 | representing us. | 01:05 |
| 4 | MR. MENDELMAN: Sandra, if we can go to | 01:05 |
| 5 | Exhibit 11, please. | 01:05 |
| 6 | Q. Coach Rieves, do you see depicted in | 01:06 |
| 7 | front of you a video? | 01:06 |
| 8 | A. Yes, sir. | 01:06 |
| 9 | Q. I'm going to have Sandra play this as | 01:06 |
| 10 | Exhibit 11. And I'd like you to let me know if you | 01:06 |
| 11 | recognize any of the individuals in the video, as | 01:06 |
| 12 | well as if you recognize the setting of where this | 01:06 |
| 13 | takes place. | 01:06 |
| 14 | (Video playing.) | 01:06 |
| 15 | Q. Sir, were you able to see that video? | 01:07 |
| 16 | A. Yes, sir. | 01:07 |
| 17 | Q. And did you recognize where that video | 01:07 |
| 18 | was recorded? | 01:07 |
| 19 | A. Yes, sir. | 01:07 |
| 20 | Q. Where was that? | 01:07 |
| 21 | A. It looks like the back of the gym. | 01:07 |
| 22 | Q. The back of the gym at Davidson High | 01:07 |
| 23 | School? | 01:07 |
| 24 | A. Yes, sir. | 01:07 |
| 25 | Q. And had you seen that video before I | 01:07 |

| | | |
|---|---|---|
| 1 | MR. SHEEHAN: This is Winston Sheehan. | 03:13 |
| 2 | I do have some questions. | 03:13 |
| 3 | Mr. Bonner, over two months ago, the | 03:13 |
| 4 | defendant served discovery on you. And we have | 03:13 |
| 5 | still not received answers to the amended | 03:13 |
| 6 | interrogatories nor a complete response to our | 03:13 |
| 7 | request for production. | 03:13 |
| 8 | On October the 21st, you asked that | 03:13 |
| 9 | the defendants reduce the number of | 03:13 |
| 10 | interrogatories, which we did in accordance with | 03:13 |
| 11 | your request. We still have not had executed | 03:13 |
| 12 | answers to those interrogatories. And we have | 03:13 |
| 13 | received incomplete responses to the request for | 03:13 |
| 14 | production. | 03:13 |
| 15 | And I assume that when Mr. Webster | 03:13 |
| 16 | asked you for production of the statement of his | 03:14 |
| 17 | client, that you're going to provide that within | 03:14 |
| 18 | the next day or two. Is that true? | 03:14 |
| 19 | MR. BONNER: Well, I didn't indicate | 03:14 |
| 20 | when we would provide it. We will definitely | 03:14 |
| 21 | provide it within short order. | 03:14 |
| 22 | MR. SHEEHAN: When will you provide us | 03:14 |
| 23 | with the answers to interrogatories? | 03:14 |
| 24 | MR. BONNER: We did send you some | 03:14 |
| 25 | answers. I understand that was to the first set. | 03:14 |

| | | |
|---|---|---|
| 1 | Those are being redone.  Because you exceeded the | 03:14 |
| 2 | rules regarding 40 interrogatories and then redid | 03:14 |
| 3 | them, that created some confusion.  You had sent | 03:14 |
| 4 | over like 80 some interrogatories. | 03:14 |
| 5 | So my staff right now is in the | 03:14 |
| 6 | process of redoing interrogatories.  We did send | 03:14 |
| 7 | you some answers to at least two of the plaintiffs. | 03:14 |
| 8 | And we will get the remaining redone | 03:15 |
| 9 | interrogatories to you in short order. | 03:15 |
| 10 | MR. SHEEHAN:  When you say "short | 03:15 |
| 11 | order," what are we talking about, sir? | 03:15 |
| 12 | MR. BONNER:  Within this week, before | 03:15 |
| 13 | the end of this week. | 03:15 |
| 14 | MR. SHEEHAN:  Today is -- | 03:15 |
| 15 | MR. BONNER:  Hold on one second.  We | 03:15 |
| 16 | are in the holiday season right now.  And we also | 03:15 |
| 17 | are under a new shelter-in-place order in | 03:15 |
| 18 | California. | 03:15 |
| 19 | So when I say "the end of this week," | 03:15 |
| 20 | we may not be able to do it by the end of this week | 03:15 |
| 21 | because of the new order that just came out which | 03:15 |
| 22 | had impeded the process of completing those | 03:15 |
| 23 | interrogatories. | 03:15 |
| 24 | But as to Mr. Webster's statement, we | 03:15 |
| 25 | will be able to get that out by the end of this | 03:15 |

AMERICAN REPORTING SERVICES (800) 624-8688

|  |  |  |
|---|---|---|
| 1 | week. | 03:15 |
| 2 | MR. SHEEHAN: As I understand it, that | 03:15 |
| 3 | statement was taken by someone who represented that | 03:15 |
| 4 | they were a graduate student at the University of | 03:15 |
| 5 | Southern Mississippi. Is that correct? | 03:15 |
| 6 | MR. BONNER: I don't know what the | 03:15 |
| 7 | representation was. | 03:16 |
| 8 | MR. SHEEHAN: Who took the statement? | 03:16 |
| 9 | MR. BONNER: You'll see that in the | 03:16 |
| 10 | statement. I don't -- I don't know. But you'll | 03:16 |
| 11 | see that in the statement. | 03:16 |
| 12 | MR. SHEEHAN: We would like to depose | 03:16 |
| 13 | the person who took the statement of Coach Rieves | 03:16 |
| 14 | surreptitiously representing they were a graduate | 03:16 |
| 15 | student at the University of Southern Mississippi | 03:16 |
| 16 | working on a dissertation. | 03:16 |
| 17 | MR. BONNER: You do what you want to | 03:16 |
| 18 | do. I think you know the procedure of doing that. | 03:16 |
| 19 | So you follow that procedure. | 03:16 |
| 20 | EXAMINATION BY MR. SHEEHAN: | 03:16 |
| 21 | Q. While we're on the record, Coach | 03:16 |
| 22 | Rieves, can you represent what representations were | 03:16 |
| 23 | made to you by this person who identified | 03:16 |
| 24 | themselves as a graduate student at the University | 03:16 |
| 25 | of Southern Mississippi? | 03:16 |

| | | |
|---|---|---|
| 1 | A. Based on what they said? | 03:16 |
| 2 | Q. How did they represent themselves to | 03:16 |
| 3 | you, sir? | 03:16 |
| 4 | A. She came up to me and told me that she | 03:16 |
| 5 | was a senior at Southern Miss working on her final | 03:16 |
| 6 | journalism paper, and the journalism paper was a | 03:17 |
| 7 | focus on the Davidson hazing incident. | 03:17 |
| 8 | MR. SHEEHAN: We will look forward to | 03:17 |
| 9 | receiving that statement, Mr. Bonner. | 03:17 |
| 10 | MR. BONNER: We'll get that statement | 03:17 |
| 11 | to you before the end of the week. | 03:17 |
| 12 | MR. SHEEHAN: Thank you, sir. Also, | 03:17 |
| 13 | if you would, since you have individual plaintiffs, | 03:17 |
| 14 | have them execute their notary, if you would, for | 03:17 |
| 15 | us, sir, when they respond to those amended | 03:17 |
| 16 | answers. | 03:17 |
| 17 | MR. BONNER: Verification, yes. We'll | 03:17 |
| 18 | send you a verification. | 03:17 |
| 19 | MR. SHEEHAN: With their signature, | 03:17 |
| 20 | yes, sir, under oath. | 03:17 |
| 21 | MR. BONNER: We'll get a verification | 03:17 |
| 22 | to you. | 03:17 |
| 23 | MR. SHEEHAN: Thank you, sir. | 03:17 |
| 24 | MR. BONNER: You're welcome, sir. | 03:17 |
| 25 | MR. MENDELMAN: Let's go off the | 03:17 |

AMERICAN REPORTING SERVICES (800) 624-8688