# EXHIBIT BB



**GRIND TIME**

[Redacted]: Was nice knowing y'all niggas. Cuz they tomb bout. Sending me to st Luke's for baseball and football

JAMES: it aint lukes😁 tf

[Redacted]: I'm in honors anyways it a 3.5 GPA I'll be straight

GUAPOU_*KOBE: Nigga we just gotta start putting shit on social media gd

[Redacted]: Luke's or Paul's

GUAPOU_*KOBE: Stop

ALEX BRION DIALS: Lol it's somebody in here dat posted it

KYLE: Probably you

EXHIBIT 11



SAM
Redacted you gotta speak up it'll help

Redacted
Getting omn

I swear bruh open yo mouth

Redacted
Them licks ain't hurt my daddy hit harder than that when u y'all jumped on me that's when,i couldn't handle it
And say what

That we was playing and it was an accident

FOOTBALL GRIND TIME BABY
Coby way a good 230

Redacted
I've already said y'all was playing all they say is that's not playing that's hazing
I don't even know what that mean

SAM
go to the media

Redacted



ALEX BRION DIALS
Lol it's somebody in here dat posted it

Redacted
Not me

ALEX BRION DIALS
Lol i sent it in here

Redacted
I didn't even want this to surface

ALEX BRION DIALS
I took it off my snap and put it in here
Don't try and jump me i will bring a knife

Redacted
I want me some more anesthesia
That shit better than weed
Nahh

ALEX BRION DIALS
I need a tv show to watch ?

Redacted
Flash
Walking dead

Dis dick



**GRIND TIME**

Redacted
I really don't want coach to get fired.
And I don't wanna leave the team

KOLBE
Me either

ALEX BRION DIALS
Y would dey get fired ?

KUASIM
Waddd ion think nobody gon get fired though

ALEX BRION DIALS
How we gone protest

Redacted
Y'all could just call say sorry please don't let your son leave if it's anything u need let us know starter pack

ALEX BRION DIALS


Damn

**Redacted**
Told y'all they doing this for ratings

**ALEX BRION DIALS**
Lol

**DEEZY.**
That's weak.
What they told you?

**Redacted**
They asked me did I wanna talk I said no
I'm hurting to much
Which I am but Ian finna rat y'all out like dat

**DEEZY.**
You should have just told them the truth gd.
We do that all the time and it just got out of hand this time

**Redacted**
I did
They said it shouldn't be done period

**DEEZY.**
I don't even wanna wear my Davidson





took something and changed up the whole story

Ight I righteously don't care Ian say nun
if that was the case all the shit y'all been talking I would've told
I fr fr kept things low as I could cuz if I was white like same I could've said they stabbed and raped me
Just to get a check

JASON DA BAMA BOY

And u seriously think I want all this shit going on wit my name on the news and stuff

ALEX BRION DIALS
Stfu bitches



GRÏND TÎMÊ

Fuck y'all

DEEZY.
We on the news

U need to get khalil he recorded and gave it to her

DEEZY.
We famous gd
ALLL YALL ASS FINNA CATCH A CASE 😂😂 😂

ALEX BRION DIALS
Dj Khalil ?

JASON_DA_BAMA_BOY

I'm still tryna figure out when did I say all this I was SLEEP



Redacted: did u tell them that?

Redacted: They lied 😢 I did not say that
I was sleep

AA.WHITFIELD: 😂😂😂😂

Redacted: They interviewed me in the bed

AA.WHITFIELD: The parents going dumb in that hoe

Redacted: I was sleep





GRIND TIME

MTYB ACE

Well all I heard is Jason burpo posted it now my mama want yo head more than anybody

JASON_DA_BAMA_BOY

BSC_GABE

DEEZY. | JAMES | CRAZ16YOUNGBOY | KOL



GRÏND TÎME

Redacted u act like yo moma gone shoot his ass "she want yo head"

JASON_DA_BAMA_BOY

Redacted
Cuz she will I'm so serious

> I don't even have game gd
> This shit gone die down by Saturday
> That's why Ian even tripping
> Unk Ian mad u even tho I'm kinda mad y'all did dat shit but it's out my hands
> If Fred get fired I'm staying
> Unk my mama wanna shoot u
> When she saw u she said u look like one of her coworkers
> Fuck u
> Don't just disrespect my mama dude
> U tripping fr

> I mean u did kinda say she wanna shoot em how u think he gonna respond

> I mean he ain't gotta say fuck her tho
> That's yo mama not mine

> Fox 10 said no

Redacted
He do sound stupid
What they fail to realize idc
They act like I'm dying

TIMMY
Wadddd
Like threatening injuries
Life*

KOLBE
They just want attention

Redacted
I'm forever straight I'm getting spoiled and they giving me Percocets for pain
So I'm future now

TIMMY
Uglassss

KUASIM
Fuck all this shit who got a black and a blount for a nigga

TODAY

TIMMY

( KOLBE ) ( FOOTBALL ) ( KUASIM ) ( DEEZY ) ( BSC )

Send a chat