# EXHIBIT DD

```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

                                      )
                                      )
RODNEY K., SR., MARY K.,              )
MARY K., GUARDIAN AD                  )
LITEM FOR R.K., JR.,                  )
MINOR; STACEY S.T. AND                )   CIVIL ACTION NO.
G.T.B., MINOR, BY HIS                 )   1:18-cv-343-TFM-N
GUARDIAN AD LITEM STACEY              )
S.T.; KENNESHA Q. AND                 )
COLBY Q. AND J.C., MINOR,             )
BY HIS GUARDIAN AD LITEM              )
KENNESHA Q.,                          )
                                      )
                                      )
           Plaintiffs,                )
                                      )
VS.                                   )
                                      )
                                      )
MOBILE COUNTY BOARD OF                )
EDUCATION, et al.,                    )
                                      )
                                      )
           Defendants.                )

      *******************************************

                    DEPOSITION OF:

                     BRIAN K. [Redac]

      *******************************************

                 SEPTEMBER 10TH, 2020
                 MOBILE BAY REPORTING
                  110 DAUPHIN STREET
                   MOBILE, AL. 36602
                      9:30 A.M.
```

```
 1         elementary school.
 2    Q.   Good deal, all right.  So about how long did
 3         it take you to get to the school, Davidson?
 4    A.   I drove pretty fast, so 10 minutes tops.
 5    Q.   What were you driving?
 6    A.   A black Chevrolet 2007 Tahoe.
 7    Q.   Did your brother tell you how he came to
 8         learn that your nephew was injured?
 9    A.   He knew limited information at the time.  I
10         believe we all did.  I know that there -- I
11         believe the only thing I kind of got from
12         that phone call was that there had been a
13         fight, and he was still at a school.
14    Q.   So you drove to Davidson and when you got to
15         Davidson, was anybody else there?
16    A.   As far as students or faculty?
17    Q.   Anybody.
18    A.   Maybe two or three students that were hanging
19         around, a friend that got there maybe a
20         couple of minutes before I did.
21    Q.   What friend was that?
22    A.   That was Damien Miles.
23    Q.   Do you know where he was coming from?
```

```
 1    A.   I'm not sure.
 2    Q.   Do you know what he was driving?
 3    A.   I'm not sure.
 4    Q.   So you pull into the parking lot, what did
 5         you do next?
 6    A.   I saw him coming out of the building, I guess
 7         the weight room section.
 8    Q.   When you say him, you're talking about Mr.
 9         Miles?
10    A.   Damien Miles, yes.  So he explained to me my
11         that my nephew was in that building, so
12         that's where I went.
13    Q.   Did he tell you that he had seen your nephew?
14    A.   I don't recall.
15    Q.   You saw him coming out of the same building
16         that your nephew was in?
17    A.   Yes.
18    Q.   Then did he tell you anything else about the
19         condition of your nephew?
20    A.   I can't say for sure, you know, because of
21         emotions and things, so yeah.
22    Q.   Right.  Okay.  And what did you do after Mr.
23         Miles told you that your nephew was in the
```

```
 1           building?
 2      A.   I proceeded to walk in the building to locate
 3           him.
 4      Q.   Were you by yourself?
 5      A.   Yes.
 6      Q.   Your niece, when did she arrive?
 7      A.   I want to say several minutes after I
 8           probably came back out of the building.
 9      Q.   So you went into the building by yourself,
10           what did you do when you walked in?
11      A.   I kind of had to -- I've never been in that
12           building.  That wasn't there when I was in
13           high school.  So I kind of had to feel my way
14           through.  I came up on an office that they
15           were in, and it was the coach, my nephew and
16           the physical trainer I believe.
17      Q.   The three of them were in the coach's office?
18      A.   Yes.
19      Q.   And how did your nephew appear?
20      A.   Hurt, to say the least.  They had, I guess,
21           wrapped his arm up with something, yeah.
22      Q.   Do you know whether they had any ice on it or
23           not?
```

1   A.   I don't recall.  I don't remember seeing any
2        ice.  I could be wrong.
3   Q.   So his arm was wrapped up, was it in a sling?
4   A.   In my mind it was a shirt or something,
5        nothing, you know, medical.
6   Q.   Who was the first person that you talked to?
7   A.   The physical trainer and the coach were right
8        there, so in a sense, both.
9   Q.   All right.  And so tell me about that
10       conversation.
11  A.   Well, the first person I actually said
12       anything to was my nephew of course and asked
13       him if he was okay.
14  Q.   And what did he say?
15  A.   The look on his face kind of told me
16       everything I needed to know.  You could kind
17       of see his bone protruding.  So I asked, you
18       know, after looking at him, you know, and
19       kind of confirming that, you know, I learned
20       what I saw, you know, I asked the coach what
21       happened.  And he said horse playing, but the
22       physical trainer used the specific word of
23       hazing.

```
 1   Q.   Okay.  So when you say coach, this is Coach
 2        Riley or one of the assistant coaches?
 3   A.   Yes, Riley.
 4   Q.   So he said horse playing, and do you recall
 5        anything else that the trainer would have
 6        said?
 7   A.   Nothing besides I think what both of them
 8        said to the effect of he probably needs to go
 9        to the hospital.
10   Q.   And anything else that you can recall them
11        saying?
12   A.   Nothing specifically.  I guess I kind of --
13        when I heard hazing and knowing the history
14        of Coach Riley and that school, I already
15        knew what it was.
16   Q.   But you don't recall either Coach Riley or
17        the trainer saying anything other than horse
18        playing and hazing and your nephew needs to
19        go to the hospital?
20   A.   No, that's roughly it.
21   Q.   So then did you leave that office?
22   A.   Yes, I believe my nephew stayed in there, and
23        I explained to them, if I'm not mistaken, I'm
```

```
       going to reach out to their father, and I
       told the coach and I guess the young lady
       that was there, the psychical trainer,
       specifically, that he was on the way.
   Q.  So then you, I guess, came back out of the
       fieldhouse?
   A.  Uh-huh.
   Q.  You're going to have to say yes.
   A.  Yes.
   Q.  I believe at that point you saw your niece?
   A.  I can't remember exactly who pulled up first,
       my niece or my father, so one or the other.
       I can't be specific on that.
   Q.  Okay.  And so did you go back to the
       fieldhouse at some point?
   A.  I believe I did, at some point he came out of
       there --
   Q.  He being [Redacted]y?
   A.  [Redacted], Jr, yes and, again, it's kind of
       hazy, but I don't specifically remember going
       back in there.
   Q.  But at some point [Redacted], Jr. came out into
       the parking lot; is that correct?
```

| | | |
|---|---|---|
| 1 | A. | Yes? |
| 2 | Q. | Then what happened after he came out in the |
| 3 | | parking lot? |
| 4 | A. | I want to say shortly after my father pulled |
| 5 | | up -- and again, I could be wrong, but one |
| 6 | | thing I do specifically remember is, you |
| 7 | | know, we never saw the coach leave.  By the |
| 8 | | time my brother got there, he was already |
| 9 | | gone. |
| 10 | Q. | The coach? |
| 11 | A. | Yes. |
| 12 | Q. | And I guess at some point a decision was made |
| 13 | | to take Redacted , Jr. to the hospital; is that |
| 14 | | correct? |
| 15 | A. | Yes. |
| 16 | Q. | And I take it your brother took him to the |
| 17 | | hospital; is that correct? |
| 18 | A. | Yes. |
| 19 | Q. | What did you do after -- or where did you go |
| 20 | | after you left Davidson? |
| 21 | A. | Home. |
| 22 | Q. | When was the next time that you saw Redacted , |
| 23 | | Jr.? |