# EXHIBIT EE

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODNEY K., SR., MARY K., MARY K., GUARDIAN AD LITEM FOR R.K., JR., MINOR; STACEY S.T. AND G.T.B., MINOR, BY HIS GUARDIAN AD LITEM STACEY S.T.; KENNESHA Q. AND COLBY Q. AND J.C., MINOR, BY HIS GUARDIAN AD LITEM KENNESHA Q., | CIVIL ACTION NO. 1:18-cv-343-TFM-N |
| Plaintiffs, | |
| VS. | |
| MOBILE COUNTY BOARD OF EDUCATION, et al., | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF:

GABRIELLE K[Redac]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SEPTEMBER 9TH, 2020
MOBILE BAY REPORTING
110 DAUPHIN STREET
MOBILE, AL. 36602
9:30 A.M.

```
 1        they're pretty intense. All right.  So you
 2        weren't there that day.  Had you heard any
 3        rumors, either from your brother or from
 4        anybody else at the school that something was
 5        going to happen in the locker room that day?
 6    A.  Not before it happened, no.
 7    Q.  Okay.  And that's what I was asking, before
 8        it happened.  All right. How did you find out
 9        about it?
10    A.  Okay.  So when I left school early to go
11        complete my project, I got home, and I was
12        getting my brothers off of the bus because
13        they played baseball as well.  They had a
14        game that day.  So the plan was to take them
15        to their game, and then I needed to go to the
16        library to print out paperwork for the senior
17        project.  So I called my dad.  I think I had
18        a question about what type of uniform they
19        were supposed to be wearing.  I ended up
20        calling him, and then that's when he informed
21        me of the incident that happened.
22    Q.  And these are your younger brothers?
23    A.  Yes.
```

| | | |
|---|---|---|
| 1 | Q. | And they were playing ball at school, or was |
| 2 | | this at a park? |
| 3 | A. | This was park ball. |
| 4 | Q. | Okay. So you were at home, you called him |
| 5 | | about a question about your younger brothers, |
| 6 | | and he told you about this incident; is that |
| 7 | | correct? |
| 8 | A. | Yes. |
| 9 | Q. | Do you recall what he told you? |
| 10 | A. | All I remember is him shouting through the |
| 11 | | phone that my brother's arm was broke. |
| 12 | Q. | And so what did you do then? |
| 13 | A. | That's when I got the twins, put them in the |
| 14 | | car, I left, and I went straight to the |
| 15 | | school. |
| 16 | Q. | Do you know about what time you got there? |
| 17 | A. | No. |
| 18 | Q. | When you got there, who else was there? |
| 19 | A. | All of the students were gone. It was only |
| 20 | | my brother and my uncle was there. |
| 21 | Q. | That's Larry? |
| 22 | A. | No, that's my grandfather. |
| 23 | Q. | Brian. |

```
 1   A.   My uncle is Brian.
 2   Q.   All right.  Got you.
 3   A.   And the -- I can't think -- the trainer, she
 4        was there.
 5   Q.   So you pulled into the parking lot, parked,
 6        was your uncle already in the parking lot
 7        when you got there?
 8   A.   Yes, he was already there.
 9   Q.   So did you leave the twins in the car when
10        you got out?
11   A.   Yes.
12   Q.   And so was it you and your uncle who walked
13        to the fieldhouse?
14   A.   Yes, it was me and my uncle.  We walked to
15        the fieldhouse to talk to the trainer, and
16        then Coach Riley was in there as well, and
17        that's when my brother was sitting there by
18        himself with a cast on his hand.
19   Q.   All right.  And where was your brother
20        sitting?
21   A.   I don't remember the exact spot.
22   Q.   I mean, was he in the fieldhouse when you --
23   A.   He was in the fieldhouse, but I don't know
```

```
 1        exactly where he was sitting.
 2   Q.   Okay.  So it could have been like either on a
 3        bench or a chair or something like that; is
 4        that right?
 5   A.   Yes, sir.
 6   Q.   And did you go into the fieldhouse also or
 7        just your uncle?
 8   A.   I did.
 9   Q.   And so you and your uncle walked in, and you
10        went to the trainer; is that right?
11   A.   The trainer was in the office with Coach
12        Riley.
13   Q.   Was it the trainer's room where she would,
14        you know, work on folks, or was it Coach
15        Riley's office?
16   A.   No, that was his office.
17   Q.   All right.  So you went in and it was Coach
18        Riley and the trainer.  And do you remember
19        the trainer's name?
20   A.   No.
21   Q.   Did the trainer ever have to do any work for
22        you while you -- the year you played?
23   A.   She did once.  I messed up my finger, she
```

```
 1        just had to wrap it up.  That was the only
 2        time we had any interaction.
 3   Q.   All right.  So did both you and your uncle go
 4        into Coach Riley's office?
 5   A.   Uh-huh, yes, sir.
 6   Q.   And tell me who said what when you were
 7        there?
 8   A.   I don't remember the exact conversation.
 9   Q.   What is I guess the emphasis, or what do you
10        remember about that conversation, even if
11        it's not specific words?
12   A.   Well, I was so distraught that day, so I
13        really wasn't focused on everything that was
14        going on.  I was just focused on my brother.
15   Q.   Sure.
16   A.   But I do remember Coach Riley and my uncle
17        just having a conversation.  I don't remember
18        everything that was said.
19   Q.   Okay.  So do you know about how long that
20        conversation lasted?
21   A.   Maybe a few minutes.  It was pretty quick, it
22        wasn't long.
23   Q.   Wasn't real detailed?
```

```
 1    A.   No.
 2    Q.   10, 20 minutes, okay.  And then when that
 3         conversation ended, what happened next?
 4    A.   We left.  We didn't leave the school, but we
 5         got my brother and we went outside.  By that
 6         time, my dad was pulling in.
 7    Q.   And was there anybody else besides your dad?
 8    A.   My grandfather was there as well.
 9    Q.   What about Mr. Miles, did he ever come there?
10    A.   Damien Miles?
11    Q.   Yes.
12    A.   Yes, he did, he did.
13    Q.   Do you know if he got there about the same
14         time your dad did or was it later?
15    A.   I don't remember.
16    Q.   So there was you, your uncle, your brother,
17         your father, your grandfather, and Damien
18         Miles; is that correct?
19    A.   Correct.
20    Q.   Was there also an aunt there as well, or do
21         you recall?
22    A.   No.
23    Q.   Okay.  And so you walk out and there's this
```

|     |    |                                                      |
|-----|----|------------------------------------------------------|
| 1   |    | group of people there, what happened after           |
| 2   |    | that?                                                |
| 3   | A. | My dad was observing my brother's arm. We            |
| 4   |    | were trying to figure out what was going on.         |
| 5   | Q. | He had a -- I think you said it was in a             |
| 6   |    | cast?                                                |
| 7   | A. | Yes, sir. It was really -- it wasn't an              |
| 8   |    | actual cast --                                       |
| 9   | Q. | Wasn't a hard cast?                                  |
| 10  | A. | -- it was just wrapped up.                           |
| 11  | Q. | So it was wrapped up?                                |
| 12  | A. | Uh-huh.                                              |
| 13  | Q. | Do you recall whether he had -- like, did            |
| 14  |    | they put ice on it or anything, or do you            |
| 15  |    | remember?                                            |
| 16  | A. | I don't remember.                                    |
| 17  | Q. | So your father was looking at your brother's         |
| 18  |    | arm, then what happened?                             |
| 19  | A. | I don't remember exactly, but I do remember          |
| 20  |    | we left. My father took my brother to the            |
| 21  |    | hospital, and then that's when me and the            |
| 22  |    | twins, we went back to my grandmother's              |
| 23  |    | house.                                               |

```
1    A.   Yes.
2    Q.   Okay.  So have you ever heard of anyone on
3         the football team picking on freshman
4         football players before?
5    A.   Yes.
6    Q.   And who did you hear that from?
7    A.   I don't remember the exact people.  You know,
8         when you're in high school, you hear all
9         types of things from different people, maybe
10        an outside conversation that I wasn't in, but
11        I don't know the exact people that I heard it
12        from.
13   Q.   Did you ever tell your brother about it?
14   A.   No.
15   Q.   Did you ever tell your parents about it?
16   A.   No.
17   Q.   Did you ever hear about any freshmen football
18        players getting picked on and injured?
19   A.   I don't remember any injuries, but I remember
20        players being picked on.
21   Q.   Did you ever see your brother bleeding at any
22        point on April 27th, 2018?
23   A.   No.
```

| | | |
|---|---|---|
| 1 | Q. | Did you ever see him on the floor of the |
| 2 | | locker room bleeding that day? |
| 3 | A. | No.  I do remember his lip was busted.  I |
| 4 | | didn't see any blood at the time, but I |
| 5 | | remember he did have a busted lip. |
| 6 | Q. | All right.  So he had a busted lip, but it |
| 7 | | was never bleeding when you were there? |
| 8 | A. | No. |
| 9 | Q. | So tell me about your time at Murphy.  Did |
| 10 | | you like your time at Murphy? |
| 11 | A. | I did. |
| 12 | Q. | And you went there your 9th and 10th grade |
| 13 | | year? |
| 14 | A. | Yes. |
| 15 | Q. | All right.  And then you said y'all moved? |
| 16 | A. | Yes. |
| 17 | Q. | And where did y'all move to when that |
| 18 | | resulted in you going to Davidson? |
| 19 | A. | Sollie Road. |
| 20 | Q. | Is that where you live today? |
| 21 | A. | Yes. |
| 22 | Q. | Okay.  And what's that address? |
| 23 | A. | Redacted . |