# EXHIBIT FF

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| RODNEY K., SR., MARY K., MARY K. GUARDIAN AD LITEM FOR R.K., JR., MINOR; STACY S.T. AND G.T.B., MINOR, BY HIS GUARDIAN AD LITEM STACY S.T.; KENNESHA Q. AND COLBY Q. AND J.C., MINOR, BY HIS GUARDIAN AD LITEM KENNESHA Q., Plaintiffs, VS. MOBILE COUNTY BOARD OF EDUCATION, et al., Defendants. | CIVIL ACTION NO. 1:18-cv-343-TFM-N |

*******************************************

VIDEO DEPOSITION OF:

RODNEY [Redacted] K[Redacted], SR.

*******************************************

FEBRUARY 5TH, 2020
BALL, BALL, MATTHEWS & NOVAK, P.A.
RSA TRUSTMARK BUILDING
107 SAINT FRANCIS STREET, SUITE 3340
MOBILE, AL. 36602
11:17 A.M.

```
 1            Rodney, that's the first thing came out of
 2            his mouth.  He said, man, I heard they --
 3            they been doing this bullshit over here.
 4       Q.   All right.  Did he tell you who he had heard
 5            it from?
 6       A.   No, he didn't, I didn't even -- at the time,
 7            didn't even care.
 8       Q.   Did you ask him why he hadn't warned you
 9            about this bullshit going on at Davidson
10            since your son was there?
11       A.   No, because I didn't even get the time.  I
12            was worried about getting him help.  I didn't
13            care who, why, what.
14       Q.   I understand that.  But in the almost two
15            years since it happened, has he said anything
16            about why he never told you that this
17            bullshit was going on at Davidson?
18       A.   No.
19       Q.   All right.  What do you recall him saying to
20            you when you arrived at Davidson High School
21            on that Friday evening?
22       A.   Only time he really said something was, you
23            know, when I -- when I took off with [Redacted]
```

       1      when I first got there, my father, sister,
       2      everyone standing out there, everyone was
       3      just staring.  Like I said before, asked what
       4      the problem was, where's the coach.  I took
       5      off to the coach.
       6           So the only time Damien ever said
       7      anything was when I was coming back and
       8      that's when he said what -- I just told him
       9      you about to pull -- pull up, he gone
      10      already, and he took off to go up there.  And
      11      I said, man, ain't nobody up there, no need
      12      to going up there, I'm taking him to the
      13      hospital.
      14  Q.  Did you ever ask him what occurred between
      15      him and the trainer or Coach Riley?
      16  A.  Coach Riley, yeah.
      17  Q.  All right.  And what did he tell you
      18      occurred?
      19  A.  He said he went into the office, he said he
      20      introduced hisself as [Redacted]'s mentor and
      21      uncle.  He said Coach Riley asked him are you
      22      the father and he told him no, and that's
      23      when he told him who he was, and he asked him

1  what happened.  He said Riley kind of beat
2  around the bush and we trying to get --
3  trying to get down to the bottom and find out
4  what happened.
5     He said, well, his arm -- his arm look
6  to be broken to me, you know, what took
7  place.  And he told him, well, we -- they --
8  I think some of the guys was rough-housing is
9  what Riley -- he said Riley called it.  And
10 he said, well, his dad will be here in a
11 minute, and he told [Redacted], you come stand
12 out here with me, his dad will be here to see
13 you shortly, he should be pulling up in a
14 minute.
15 Q.  And do you know how long it was from the time
16     that Mr. Miles left Coach Riley's office and
17     the time that you arrived?
18 A.  Yeah, it was about three, three or four
19     minutes.  My brother said it, Damien said it,
20     and [Redacted], Jr. said it earlier, he said I
21     pulled up shortly after.
22 Q.  And I believe you said earlier that it takes
23     you about 30 minutes to go from the job site