IN THE UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Rodney K., Sr.,** *et al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) CASE NO.: 1:18-cv-343- TFM-N |
| **Mobile County Board of Education,** *et al,* | ) |
| **Defendants.** | ) |

**PARTIES JOINT ASSESMENT ON ADR PROCEDURES**

The parties have conferred to discuss the possibility of settlement, but were not able to resolve this matter, and do not believe that settlement would be aided by the use of any alternative dispute resolution procedures at this juncture. The parties are open to revisiting settlement talks at a later date.

Respectfully submitted this the 15th day of April, 2021.

    /s/ *K. Paul Carbo, Jr*. (with permission)
K. PAUL CARBO, JR. (CARBK85014)
JACQUELINE M. MCCONAHA (MCCOJ0889)
Attorneys for Defendants Board of School
Commissioners of Mobile County, Douglas Harwell,
Jr., Don Stringfellow, Reginald Crenshaw, Robert
Battles and William Foster

1

THE ATCHISON FIRM, P.C.
3030 Knollwood Drive
Mobile, Alabama 36693
Telephone:    (251) 665-7200
Facsimile:    (251) 665-7250
Paul.carbo@atchisonlaw.com
jackie.mcconaha@atchisonlaw.com

/s/ William D. Montgomery, Jr.
WILLIAM D. MONTGOMERY, JR. (MONTW8728)
C. WINSTON SHEEHAN, JR. (SHE013)  (ASB-0613-A57-C)
Attorneys for Defendants Superintendent Martha L. Peek, Principal Lewis Copeland, Coaches Fred Riley, Bobby J. Pope, Robert Miller, and Kelly Eubanks

BALL, BALL, MATTHEWS & NOVAK, P.A.
RSA Trustmark Building
107 Saint Francis Street, Suite 3340 (36602)
Post Office Box 2648
Mobile, Alabama 36652
Telephone:    (251) 338-2721
Facsimile:    (251) 338-2722

monty@ball-ball.com

BALL, BALL, MATTHEWS & NOVAK, P.A.
445 Dexter Avenue, Suite 9045
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680 - telephone
(334) 387-3222 - facsimile
wsheehan@ball-ball.com

/s/ *Charles A. Bonner* (with permission)
CHARLES A. BONNER
A. CABRAL BONNER
Attorneys for Plaintiffs


LAW OFFICES OF BONNER & BONNER
475 Gate Five Road, Suite 212
Sausalito, CA 94965
Telephone:    (415) 331-3070
Facsimile:    (415) 331-2738
charles@bonnerlaw.com
cabral@bonnerlaw.com

Jesse P. Ryder, Esq.
6739 Myers Rd East
Syracuse, NY 13057
Telephone: (315) 382-3617
Facsimile: (315) 295-2502
ryderlawfirm@gmail.com

Jeffrey L. Mendleman, Esq.
CASE LAW, LTD.
580 California Street, 12th Floor San
Francisco, CA  94104
admin@caselawltd.com