IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RODNEY K. SR., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:18-cv-343-TFM-N |
| | : | |
| MOBILE COUNTY BOARD | : | |
| OF EDUCATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Pending before the Court is *Defendants' Board of School Commissioners and the Individual Commissioners' Motion for Leave to File Response to Plaintiffss Statement of Material*. Doc. 166, filed May 28, 2021. Defendants Board of School Commissioners of Mobile County, Robert Battles, Reginald Crenshaw, Dr. William Foster, Douglas Harwell, Jr., and Don Stringfellow ("the Moving Defendants") move the Court for leave to file a separate objection to Plaintiffs' Statement of Material Fact in Support of Motions for Summary Adjudication and for relief from the thirty (30) page limit set forth in S.D. Ala. CivLR 7(e) for their objection, which they state will not exceed sixty (60) pages in length.

The motion (Doc. 166) is hereby **GRANTED**, and the Moving Defendants' are granted leave to file a separate objection to Plaintiffs' Statement of Material Fact in Support of Motions for Summary Adjudication and relief from the thirty (30) page limit set forth in S.D. Ala. CivLR 7(e) for their objection, which is not to exceed sixty (60) pages in length.

**DONE** and **ORDERED** this the 28th day of May 2021.

                                       s/Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES DISTRICT JUDGE