IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODNEY K., SR., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:18-cv-343-TFM-N |
| | ) |
| MOBILE COUNTY BOARD | ) |
| OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Due to a scheduling conflict and to allow sufficient time to resolve dispositive motions, the Court will not be able to hold the jury trial in this matter at its current September 2021 setting. *See* Doc. 108. On July 27, 2021, the Court held a status conference, at which the parties indicated a willingness to participate in a mediation before a U.S. Magistrate Judge.

As such, it is **ORDERED** that the trial, pretrial conference, and all deadlines tied to the pretrial conference are hereby **CONTINUED** generally. If needed, the Court will issue an order resetting matters after mediation.

**DONE** and **ORDERED** this the 28th day of July, 2021.

    s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE