## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| RODNEY K. SR., *et al.*, | : | |
| | : | |
|    Plaintiffs, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:18-cv-343-TFM-N |
| | : | |
| MOBILE COUNTY BOARD OF EDUCATION, *et al.*, | : | |
| | : | |
|    Defendants. | : | |

## **ORDER**

Pending before the Court is *Plaintiffs' Motion to Extend Time*. Doc. 201, filed October 15, 2021. Plaintiffs request the Court extend by fourteen days the time for them to respond to Defendants' motions to exclude testimony. In support of Plaintiffs' motion, they restate the contents of their Notice of Unavailability that they will be unavailable, and seemingly unable, to respond to Plaintiffs' motions until they have concluded their current trial, which they estimate will be on October 29, 2021. In the Court's October 12, 2021 Order that set the briefing schedule for Plaintiffs' motions, the Court observed Plaintiffs are represented by multiple counsel who should be able to properly respond to the motions and denied any implied request by Plaintiffs to delay the briefing deadlines. Now, Plaintiffs have misconstrued the Court's previous Order to state the Court took issue with the form of their notice because it was not a formal motion for an extension of time to respond to Plaintiffs' motions, which assuredly is not the case.

For the reasons stated in the Court's October 12, 2021 Order, Plaintiffs' Motion to Extend Time (Doc. 201) is **DENIED**.

**DONE** and **ORDERED** this the 19th day of October 2021.

                                       s/Terry F. Moorer
                                      TERRY F. MOORER
                                       UNITED STATES DISTRICT JUDGE