# IN THE UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **Rodney K., Sr., Mary K., Kaneesha Q., et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**Mobile County School Board, et al.** )<br>)<br>**Defendants.** )<br>) | **CASE NO.: 1:18-CV-343-TFM-N** |

## NOTICE OF SERVICE

COME NOW Plaintiffs Rodney K., Sr., Mary K., R.K., Jr., Kaneesha Q., et al., and hereby give notice to this Honorable Court that, on this 10th day of January, 2022, the following Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures were served upon all Counsel of Record:

1. Plaintiffs' Amended Witness List.
2. Plaintiffs' Motion in Limine No. 1

Respectfully submitted this 10th day of January, 2022.

**Dated: January 10, 2022**     **RESPECTFULLY SUBMITTED,**
                                **LAW OFFICES OF BONNER & BONNER**

/s/Charles A. BONNER
A. CABRAL BONNER, ESQ. CA SB# 247528
*Pro Hac Vice*
CHARLES A. BONNER, ESQ. CA SB# 85413
*Pro Hac Vice*
475 GATE FIVE RD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
charles@bonnerlaw.com
cabral@bonnerlaw.com

**RYDER LAW FIRM**
/s/ Jesse P. Ryder
JESSE P. RYDER, ESQ. N.Y. SB 3923190

*Pro Hac Vice*
THE RYDER LAW FIRM
6739 MYERS RD
EAST SYRACUSE, NY 13057
TEL: (315) 382-3617
FAX: (315) 295-2502
ryderlawfirm@gmail.com

**CASE LAW, LTD.**
*/s/Jeffrey L. Mendelman*
JEFFREY L. MENDLEMAN, ESQ., CA SB# 305629
580 California Street, 12th Floor
San Francisco, CA 94104
Phone (833) CASE-LTD Fax (415) 520-5405
admin@caselawltd.com

Attorneys for: **RODNEY K. SR., MARY K., MARY K. GUARDIAN AD LITEM FOR R. K. JR, MINOR; STACY S. T. AND G. T. B., MINOR, BY HIS GUARDIAN AD LITEM STACY S. T.; KENNESHA Q. AND COLBY Q., AND J. C., MINOR, BY HIS GUARDIAN AD LITEM KENNESHA Q**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record via CM/ECF electronic transmission on this the 5th day of January, 2022.

William Douglas Montgomery, Jr.
107 St. Francis St., Suite 3340
Mobile, AL 36602
Attorneys for Superintendent Martha L. Peek

K. Paul Carbo, Esq.
Frank G. Taylor, Esq.
THE ATCHISON FIRM, P.C.
3030 Knollwood Drive
Mobile, AL 36693
Attorneys for Defendants Board of School Commissioners of Mobile County, Don Stringfellow, Douglas Harwell, Jr., Reginald Crenshaw, Robert Battles, and William Foster

C. Winston Sheehan, Jr.
Ball, Ball, Matthews & Novak, P. A.
P. O. Drawer 2148
Montgomery, AL 36102-2148
Attorneys for Defendants, Coach Bobby J. Pope, Coach Fred Riley, Coach Kelly Eubanks, Principal Lewis Copeland, Superintendent Martha L. Peek, Coach Robert Miller

Frank G. Taylor
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, AL 36693
Attorneys for Defendants Board of School Commissioners of Mobile County, Don Stringfellow, Douglas Harwell, Jr., Reginald Crenshaw, Robert Battles, and William Foster

/s/Charles A. Bonner
CHARLES A. BONNER