### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| RODNEY K. SR., *et al.*, | : | |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION NO. 1:18-cv-343-TFM-N |
| MOBILE COUNTY BOARD OF EDUCATION, *et al.*, | : | |
| Defendants. | : | |

### JUDGMENT

In accordance with the memorandum opinions and orders that were entered on March 2, 2022, (Doc. 231) and March 22, 2022, (Doc. 241) it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** judgment is entered in favor of:

(1) Defendant Board of School Commissioners of Mobile County as to Counts 2, 3, and 4;

(2) Defendant Douglas Harwell, Jr., as to Counts 2 and 3;

(3) Defendant Don Stringfellow as to Counts 2 and 3;

(4) Defendant Reginald Crenshaw as to Counts 2 and 3;

(5) Defendant Robert Battles as to Counts 2 and 3;

(6) Defendant William Foster as to Counts 2 and 3;

(7) Defendant Superintendent Martha L. Peek as to Counts 2 and 3;

(8) Defendant Principal Lewis Copeland as to Counts 2, 5, 9, 10, and 11;

(9) Defendant Coach Fred Riley as to Counts 2, 3, 5, 6, 7, 8, 9, 10, and 11;

(10) Defendant Coach Bobby J. Pope as to Counts 2, 3, 5, 6, 7, 8, 9, 10, and 11;

(11) Defendant Coach Miller as to Counts 2, 3, 5, 6, 7, 8, 9, 10, and 11; and

(12) Defendant Coach Eubanks as to Counts 2, 3, 5, 6, 7, 8, 9, 10, and 11, and against Plaintiffs Rodney K., Sr.; Mary K.; R. K., Jr.; Garrian Tre Betts; Stacy Stanton Terry; Kennesha Quinnie; Colby Quinnie; Jeremiah Chatman; Lyman Collins, Sr.; Tiffanie Collins; and Lyman Collins, Jr., and those claims against those defendants are **DISMISSED with prejudice**.

Further, in accordance with the memorandum opinion and order that was entered on July 25, 2019, (Doc. 50) it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** judgment is entered in favor of Defendants Board of School Commissioners of Mobile County; Douglas Harwell, Jr.; Don Stringfellow; Reginald Crenshaw; Robert Battles; and William Foster as to Counts 1, 5, 9, 10, and 11 and against Plaintiffs, and those claims against those defendants are **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 23rd day of March 2022.

                                           s/Terry F. Moorer
                                           TERRY F. MOORER
                                           UNITED STATES DISTRICT JUDGE